DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

NANCY ANNE CUEN

                Debtor

Chapter 13
Case No. 12-55403 ASW

**NOTICE OF UNCLAIMED DIVIDEND**

Claimant:
NANCY ANNE CUEN

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $1,679.40. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Nancy Anne Cuen
***Mail Ret'D 11/14/12***
553 Flagg Ave
San Jose, CA 95128

Dated: March 12, 2015

/s/ Devin Derham-Burk
_____
DEVIN DERHAM-BURK, TRUSTEE